UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA GALE,　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　No. 1:18-cv-859
-v-　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　Honorable Paul L. Maloney
COMMISSIONER OF SOCIAL SECURITY,　　　)
　　　　　　　Defendant.　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

## JUDGMENT

The Court has vacated the Commissioner's decision and remanded this matter for further factual findings. Having resolved all pending, claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 21, 2020　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge